**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LINDA M. CHABALA and RICHARD R. CHABALA,<br><br>    Plaintiffs,<br><br>        v.<br><br>GERALD STOUT and HURRICANE EXPRESS, INC.,<br><br>    Defendants. | CIVIL ACTION NO. 3:12-cv-1732<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW**, this 5th day of September, 2012, **IT IS HEREBY ORDERED** that removing Defendants Gerald Stout and Hurricane Express, Inc. are given leave to file an amended notice of removal within twenty-one (21) days from the date of entry of this Order. If Defendants fail to do so, the action will be remanded to the Court of Common Pleas of Luzerne County, Pennsylvania.

/s/ A. Richard Caputo

A. Richard Caputo
United States District Judge